# IN THE SUPREME COURT OF THE STATE OF NEVADA

RENARD TRUMAN POLK,
                Appellant,

vs.

JIM BALL; ADAM VALLISTER; JOHN
DOE THOMPSON; AND JOHN DOE
GASSETTE,
                Respondents.

No. 74374

**FILED**

NOV 17 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a district court order affirming a justice court decision. Eleventh Judicial District Court, Pershing County; Jim C. Shirley, Judge.

Our review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, the district courts have final appellate jurisdiction over cases arising in the justice courts. Nev, Const. art. 6, § 6; *see also Waugh v. Casazza*, 85 Nev. 520, 521, 458 P.2d 359, 360 (1969). Accordingly, we conclude that we lack jurisdiction over this appeal, and we therefore

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

17-39709

cc:   Hon. Jim C. Shirley, District Judge
       Renard Truman Polk
       Attorney General/Carson City
       Pershing County Clerk